IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| EDWARD JORDAN HOLDINGS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, an agency of the UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Defendant. | CV-24-72-BU-JTJ<br><br>O<small>RDER</small> |

Plaintiff Edward Jones Holdings, LLC ("EJH") filed a Complaint seeking injunctive relief pursuant to 5 U.S.C. § 552(a)(4)(B) enjoining the United States Forest Service ("USFS') from continuing to withhold the redacted portions of a Special Use Permit for Outfitting and Guiding it issued to Canyon Adventures, LLC on June 5, 2020.  (Doc. 1).  The redacted information is the number of priority use service days the USFS granted to Canyon Adventures, LLC for day use within the Custer Gallatin National Forest for the activities of mountain biking, horseback riding and snowmobiling. (Doc. 1-3).

For the reasons stated in open court on June 9, 2025, the Court **ORDERS** as follows:

1. EJH's Motion for Partial Summary Judgment (Doc. 42) and its request for injunctive relief is **GRANTED.**  On or before June 16, 2025, USFS shall

1

provide EJH with an unredacted copy of the Special Use Permit for Outfitting and Guiding issued to Canyon Adventures, LLC and approved by USFS on June 5, 2020.

2. All other motions (Docs. 22, 32, 33, 36, 45 and 48, ) are **DENIED as moot**.

3. Should EJH seek attorney fees and costs, it shall file a motion, supporting brief and any supporting declarations by July 14, 2025. USFS shall have two weeks from the date of EJH's motion to file its response.

DATED this 10th day of June 2025.

_____
John Johnston
United States Magistrate Judge