UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| EDWARD JORDAN HOLDINGS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, an agency of the UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Defendants. | Case No. CV-24-72-BU-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED :    EJH's Motion for Partial Summary Judgment (Doc. 42) and its request for injunctive relief is **GRANTED.** On or before June 16, 2025, USFS shall provide EJH with an unredacted copy of the Special Use Permit for Outfitting and Guiding issued to Canyon Adventures, LLC and approved by USFS on June 5, 2020. All other motions (Docs. 22, 32, 33, 36, 45 and 48, ) are **DENIED as moot**. Should EJH seek attorney fees and costs, it shall file a motion, supporting brief and any supporting declarations by July 14, 2025. USFS shall have two weeks from the date of EJH's motion to file its response.   .

Dated this 11th day of June, 2025

TYLER P. GILMAN, CLERK

By: /s/ M. Stewart  
Deputy Clerk